UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. GREGORY WILLIAMS et al., <br> Plaintiffs <br> v. <br> STATE OF CALIFORNIA CIVIL RIGHTS DEPARTMENT et al., <br> Defendants. | Case No. 2:24-cv-06606-SB (GJS) <br><br> **FINAL JUDGMENT** |

Pursuant to the Court's Order Adopting Findings and Recommendations of U.S. Magistrate Judge as Amended, IT IS ADJUDGED THAT the above-captioned action is dismissed in full as follows: the federal law claims alleged in the First, Third, Fifth, Eighth, Tenth, and Eleventh Claims are dismissed with prejudice; and the state law claims alleged in the First through Seventh and Ninth Claims are dismissed without prejudice.

DATE: March 11, 2025

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE